**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Lindsay Calverley, et al.
        Plaintiff,

v.               Case No.: 1:13−cv−01967
               Honorable Jorge L. Alonso

Careerbuilder, LLC
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 12, 2015:

   MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held. Motion hearing held. Defendant's motion for summary judgment [129] is moot. Plaintiffs' motion for extension of time to file response to Defendant's motion for summary judgment [133] is moot. Defendant's motion for approval of settlement agreement [140] is taken under advisement. The court will rule electronically. Parties shall file the settlement agreement as an exhibit by 11/19/15. Motion hearing date of 11/17/15 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.