**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LINDSAY CALVERLEY, JOSEPH YEAGLE AND ANTHONY HASEMAN**,<br><br>              Plaintiffs,<br><br>     v.<br><br>**CAREERBUILDER, LLC, D/B/A CAREERBUILDER.COM**,<br><br>              Defendant. | No. 13 CV 1967<br><br>Judge Jorge L. Alonso |

**ORDER APPROVING SETTLEMENT**

      This cause coming to be heard on the Parties' Joint Motion for Approval of Settlement Agreements, IT IS HEREBY ORDERED:

      1.    After a review of the Settlement Agreement and General Release submitted to the Court for each Plaintiff ("Agreements"), the Court determines that the terms of the settlement of this litigation are fair and reasonable.

      2.    This Court makes no findings as to any liability, and notes that Defendant has made no admission of liability or of any violation of law. Neither this Order, the Agreements, nor any other documents or information relating to the Settlement of this action shall be admissible, or construed as or considered admissible, in any proceeding as evidence of an adjudication of the merits of this case or that the Defendant or others have engaged in any wrongdoing.

      3.    The Court therefore grants the joint motion for approval of the Agreements [144], and hereby approves the Agreements, including the releases set forth therein.

4.	Upon the entry of this Order Approving Settlement, the release by Plaintiffs as provided in the Agreements shall be effective and in full force and effect and binding upon them and their respective dependents, successors, assigns, heirs, executors, and administrators (and their legal representatives of every kind).

5.	Accordingly, the Court hereby approves the Agreements and dismisses this action with prejudice.

**SO ORDERED.**

**November 30, 2015**	_____
	**Jorge L. Alonso**
	**United States District Judge**